# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**JOSEPH DOMINICI,**

    **Petitioner,**

**v.**                                                **Civil Action No. 5:18cv128**
                                                   **(Judge Stamp)**

**DEWAYNE HENDRIX,**

    **Respondent.**

## ORDER THAT CASE BE DISMISSED WITHOUT PREJUDICE

On August 8, 2018, the *pro se* Petitioner, Joseph Dominici, filed this habeas petition pursuant to 28 U.S.C. § 2241 challenging his expulsion from the Residential Drug Addiction Program. On that same date, the Clerk of Court issued a Notice of General Guidelines which was sent to the Petitioner by certified mail, return receipt requested. Service was accepted at FCI Morgantown on August 8, 2018.

On June 26, 2019, United States Magistrate Judge James Mazzone entered two Orders denying pending motions filed by the Petitioner. The Orders were sent in one envelope by certified mail, return receipt requested. By envelope, postmarked July 2, 2019, the orders were returned to the Clerk of Court because the Petitioner is no longer incarcerated at FCI Morgantown.

The Notice of General Guidelines informed the Petitioner that he must keep the Court apprised of his most current address at all times. In addition, it notified him that failure to do so might result in his action being dismissed without prejudice.

Inasmuch as the Petitioner has had ample time to provide the Court with his new address, the Court **ORDERS** that this matter be **DISMISSED WITHOUT PREJUDICE.** It is further **ORDERED** that the pending motion [ECF No. 15] be **DISMISSED WITHOUT PREJUDICE**.

The Clerk is **DIRECTED** to retain a copy of this Order for the Petitioner in the event that he provides a mailing address at some future date. The Clerk is further **DIRECTED** to provide a copy of this Order to counsel of record via electronic means

DATED:  July 30, 2019

                                           <u>/s/ Frederick P. Stamp, Jr.</u>
                                           **FREDERICK P. STAMP, JR.**
                                           **UNITED STATES DISTRICT JUDGE**